No. 01–1221. OLMSTEAD v. WALTER INDUSTRIES, INC., DBA MID STATE HOMES, INC., 535 U. S. 1018;

No. 01–8343. JONES v. UNITED STATES, 535 U. S. 949;

No. 01–8415. MCBROOM v. COLUMBIA GAS OF OHIO, INC., 535 U. S. 1019;

No. 01–8612. NOLBERTO PENA v. UNITED STATES, 535 U. S. 965; and

No. 01–8729. CONNELLY v. LEAHEY & JOHNSON, 535 U. S. 1040. Petitions for rehearing denied.

JUNE 18, 2002

No. 01–10810 (01A980). FUGATE v. HEAD, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

JUNE 20, 2002

No. 01–538. VENCOR, INC., ET AL. v. HELWIG ET AL. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

JUNE 24, 2002

No. 01–1600. UNGER ET AL. v. MANCHIN, SECRETARY OF STATE OF WEST VIRGINIA ET AL. Affirmed on appeal from D. C. N. D. W. Va.

No. 00–665. MONTEMAYOR, COMMISSIONER, TEXAS DEPARTMENT OF INSURANCE, ET AL. v. CORPORATE HEALTH INSURANCE ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Rush*